IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROGER LEE SHIFFLETTE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. DKC-18-2074 |
| JOSEPH B. ANZALONE | * | |
| Defendant | * | |

***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 31st day of July, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to amend the docket to reflect that Plaintiff is also known as Roger L. Shifflett;

2. Defendant's motion to dismiss (ECF No. 12) IS DENIED;

3. Defendant shall answer or otherwise respond to the complaint within 28 days of the date of this Order; and

4. The Clerk IS DIRECTED to provide a copy of the foregoing Memorandum Opinion and a copy of this Order to Plaintiff and to counsel for Defendant.

/s/
DEBORAH K. CHASANOW
United States District Judge